The final case on our calendar this morning is Pardon my mispronunciation It's number 19-26-68 Gjidija v. United States Hello Yes, could you please help me with the pronunciation of your name, sir? Sure, thank you, Your Honor My name is Nayim Gjidija Gjidija Okay, thank you very much Mr. Gjidija, you have four minutes to argue and one minute of rebuttal Please begin I'm a United States citizen from my father I have deliberate citizenship My father became a citizen on August 4th, 1976 I was 11 years old at that time The government never The government never vetted my father for a marriage license My father was never married in the United States or in Europe A search of the marriage license records from all five boroughs indicates and reveals that no marriage records exist My father and mother were never married They said that there has to be a marriage or separation When I went to the clerk, they told me They explained to me, I'm sorry Without a marriage license, there cannot be a separation or a divorce My father does not have a marriage license in Europe either He's stateless, just like me and my family I have after David sworn by my family My father signed my sworn affidavit and his In Europe and in the United States Certified from 1968 And the document said A separate registration form must be executed By each registrant submitted in one registration form On behalf of the child under the age of 14 And the document says the child is okay My father is a citizen My father's sworn affidavit says he's okay So I was under his custody He signed everything And all that covers the delivered citizenship I have identification I have a driver's license, voter identification Citizenship Social Security card Medical insurance All my court documents show me as a citizen I don't know why they keep complaining about all this stuff And telling me that I'm lying And my documents are accurate Sir, you The problem is that our court doesn't have the power To declare you a citizen At this point The Board of Immigration Appeals Determined that you are not an immigration A U.S. citizen And I And you did not appeal that decision Is there a reason you can share with us Why you did not appeal that decision? Sure When I was over there They had abused me physically My hands were damaged, my nerves were damaged I had surgeries on them They never gave me a chance to do nothing My lawyer, when they did the court case They just bailed out on me I had no way of doing anything They held me there for two years For no reason Not even to be able to get medical attention or nothing I tried to do what I could When I finally got here I started filing the documents that I needed to file For the court case There was nothing ever done They told me my parents were married The argument was that my parents were married My parents were never married They said I need a legal decree for my father and mother Everything was done amicably By my father and mother Everything is on documents My father signed every document that he had for me In the United States and in Europe for me My mother didn't know how to read or write She did the best she could with herself But he had everything My school, my medical I was under his dependence and social security With his taxes, everything I had everything under him He controlled everything My school, even my schooling He did everything for me in school Registered me in every school He had everything under me All my documents are right here with him He has everything under me I don't know how else to tell you But if he was here he would have said it He passed away in 1985 I was 11 years old When he became a citizen It's automatic when you become a citizen My mother and father lived in separate apartments In an apartment building They were never together All the documents are there I don't know how else to explain it How do you respond To the argument that the BIA Specifically decided in 2016 That you did not derive citizenship from your father What's your response? They said that my father and mother were married On their documents There has to be a separation or divorce There was no divorce, no separation Because my father and mother lived in New York All the documents are from New York They showed there's no record I went down to the city clerk's office In Ward Street I went to get the documents to show That my father and mother were not married I never had access to that If the government clearly vetted my father For a marriage license They would have found that out The search It says right here The search from 1968 until present Marriage record index for all five boroughs in New York Has revealed no marriage record exists There's no marriage record How could there be a divorce with a marriage record? It's not there Or even a separation I kept telling them that They said I have to go And go get the proof I was locked up I didn't know how to do this stuff The lawyers never wanted to do it All they had to do was Sign a document to send it to me I couldn't do it on my own They never went to look for that document That's the key document There's no marriage I got it certified and everything in the court I finally got a chance to go and get it When I got the document I showed it to them And then this is it right here I have it I gave it I put it on my appendix That's all I gave them The proof of the marriage The key was the marriage They told me I have to prove they're not married I got the document Showing it's not There's no marriage here There was no marriage in Europe They escaped communism from Albania It was like the North Korean communist country They had to sneak out When it was all dark and everything They went to Yugoslavia I have the document that there was A travel document I'm on his travel document It says right here He left the country Because not having religious, political, social rights I could not accept the communist regime in Albania And so I fled to Yugoslavia I left Yugoslavia for the same reason I'm on my father's travel document I'm on my father's All the documents that he has He has it He signed for me I don't have no immigration papers Only my father signed my papers I was 3 years old I was 11 years old when he became a citizen Everything I have is under him He got my social security when I was 11 12, junior high school He registered me with that I don't have nothing else but him Thank you very much We hear your arguments And you have reserved one minute of rebuttal We need to hear from the government now Good morning, your honor This is Jennifer Simon on behalf of the government May it please the court As you've heard Appellant seeks to Seeks judicial review of a citizenship claim A claim that has already been rejected By an immigration judge And subsequently the board of immigration appeals And the district court accordingly correctly concluded That it lacked subject matter jurisdiction Over this claim This is because there are only two ways In which an individual can seek judicial review Of a citizenship claim Neither of which are present here As noted Mr. DeGioia could have appealed directly To the court of appeals From the board of immigration decision He did not do so Alternatively he could have sought Judicial review of a claim to citizenship Under 8 U.S.C. 1503 However Not only does he not raise 1503 In his complaint Even if he did Section 1503 would not Give the district court subject matter jurisdiction Because the exceptions set forth In 1503 A.1. would apply And that's because Ms. Simon Am I right Am I right in understanding That if Mr. DeGioia Believes he has a claim That hasn't been fully adjudicated Or he comes up with more documents Or evidence regarding his citizenship claim That he should endeavor to find An immigration lawyer And approach Go back to the immigration authorities To the In the federal government As opposed to in the courts That that would be The way he would need to proceed Yes There is a mechanism And I can't speak to whether It would apply here But there is a mechanism To reopen proceedings Before the board of immigration appeals And I can't speak to whether That would be A relief measure DeGioia could take advantage of Of course I mean it's It's a big ask To inquire It's a big ask To ask someone Pro se To know all the rules And regulations And having a lawyer Makes a big difference Yes Understood your honor However Mr. DeGioia Did have an attorney During his removal proceedings And the Decision from the BIA Specifically advised him That the appropriate avenue appeal Would be directly to the Appropriate court of appeal But if he does get access To either more documents Or witnesses about His parents relationship And the Things that the first lawyer Was unaware of Or he did not have access to Then He could go to an immigration clinic For example And get representation And go back to the BIA They would be in a Better position Or in a position to Consider whether They could re-adjudicate that Whereas this court Doesn't have the power to do that Is that correct? Yes that's correct your honor Okay thank you What was the evidence That the BIA Or the IJ Level as to Marriage between his parents So they There was documentation Not that the parents were married Here in the United States But that they were married in Europe And I believe some of that evidence Is actually in the record here The issue that the immigration judge Focused on in its decision Is that there was no evidence That the mother ever Departed the United States And despite Some documentation that Mr. DeGia put in It apparently referenced other individuals And so the immigration judge Concluded that in fact Not only had the mother not Departed the United States Even if she had there was no evidence That the parents were legally separated Which the statute governing Derivative citizenship at the time required So Although Mr. DeGia focuses on the fact Of his father's custody The main issue considered By the immigration judge in its conclusion Is that the mother in fact Had not left and or there was No legal separation that was required What does legal separation mean If the parents were not Ever formally married I believe Under that circumstance I think the showing would need to be That the father was in sole custody Which doesn't appear to have been an issue Here in light of What appears to me to be the immigration judge's Conclusion that the parents were In fact married But again The appropriate forum to raise those issues was The immigration judge that looked fully at the record And Appealed up and then Mr. DeGia appealed It up to the board of immigration appeals Very good Anything else for us? If you would like I can address the Due care exception and The failure to state a claim If that would be helpful otherwise I can rest On our papers I think you're fine resting on your papers Thank you your honor Thank you very much Mr. DeGia You have one minute of rebuttal Can I start right now? You may start I hope you heard our discussion about the Possibilities of Going with an immigration lawyer Back to the immigration Authorities to the Board of immigration Appeals To present any additional evidence or Explanation that you have And I hope you understand That this court May not be Empowered to take any action With regard to your citizenship Claims Why don't you take your last Minute and explain anything Further you'd like to say based on what you heard In our discussion with the government Or from our questions One minute Please begin I have the sworn document affidavit from my Government from the justice department Which is from middle east to the united states Who created my immigration File it's all from the justice department So they have those documents showing That my father has custody Of me signed Certified by the courts From 1968 1967 He had petitioned for me He had everything my mother never did nothing For me because she had She couldn't do nothing because she didn't know how to read or write My documents are here in the united states The documents from the communist country In Albania changed The country in Albania changed to Democratic there's no documents from the communist Regime for marriage license that they Said they got married in Albania Yugoslavia where my father lived Became Yugoslavia then it became Serbia-Montenegro that's a second country Then it became Kosovo Which is a third country So how could there be any records from three different Countries to show that there was a marriage In Europe it's impossible The other country changed to another country From another Democratic to communist Country it switched over from That so how can there be any documents From a different country to say that That document is valid That document cannot be valid Three times the country Changed in Yugoslavia One time it changed in Albania in 93 You can't use documents from different Countries to say that I have to go over There and get them when I came here They told me that there has to be Two witnesses from Europe that witnessed the marriage Come over here go to the appeals court In the state of New York Get them notarized certified And have affidavits saying that They witnessed the marriage there's none of that That they can prove the government cannot prove That marriage that's what's hinging they know That they keep using this excuse When I told them I was a citizen they damaged My arms they never let me Have any kind of peace they wouldn't even let me Get mail they wouldn't even take it I couldn't even call On the phone they abused me Over there I gotta go to physical therapy Right now and on March 3rd They gave me no restrictions on the therapy If this doesn't work I gotta go back To second surgeries on my arms That's how much abuse that they gave me and they say That I had freedom I had no freedom to Do nothing my lawyer bailed out on me That guy didn't even do nothing he didn't check Marriage he didn't do nothing he just did whatever he Wanted and he was complaining about money All this other stuff I had another Lawyer the lady Sarah Morton Because Mario DeMarco didn't do Nothing he wasn't even listening to what I was Telling him she did the thing And the judge was still stubborn about the Marriage excuse me I'm sorry to say that But he didn't want to listen I told him How could you get a marriage from when the country Two times switched over from communist To democratic I think Your time has expired we Will look at your papers carefully And we will consider your arguments And we'll render a decision Thank you both for your Arguments that concludes our Calendar for oral arguments this morning The clerk will please adjourn court Thank you Thank you very much